660

No. 609. COHEN, TRADING AS STEWART'S JEWELRY SHOP *v.* GLOBE INDEMNITY Co. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Horace S. Whitman* for petitioner. *Mr. Edward H. Cushman* for respondent.

No. 611. LUZIERS', INC. *v.* NEE, COLLECTOR OF INTERNAL REVENUE. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John B. Gage* and *Albert F. Hillix* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *F. E. Youngman* for respondent.

No. 612. LEWIS *v.* VENDOME BAGS, INC. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeal for the Second Circuit denied. *Messrs. Samuel E. Darby, Jr.* and *Walter A. Darby* for petitioner. *Mr. Michael Halperin* for respondent.

No. 616. SEVERSON *v.* HANFORD TRI-STATE AIRLINES, INC., ET AL. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. S. W. Jensch* for petitioner. *Messrs. Wilfrid E. Rumble* and *Pierce Butler, Jr.,* for respondents.

No. 619. HARDONCOURT *v.* HARDONCOURT. February 5, 1940. Petition for writ of certiorari to the Supreme Court of New York denied. *Arthur Hardoncourt, pro se.*